Exhibit C

```
Doc# 2010002762
Bk 15801 Ps 810 - 811
Received York SS
01/22/2010   1:24PM
Debra L. Anderson
Register of Deeds
```

MERS Phone: 1-888-679-6377
MERS No.: 
LoanNo

## ASSIGNMENT OF
## MORTGAGE/SECURITY DEED/DEED OF TRUST

**FOR GOOD AND VALUE CONSIDERATION**, the receipt and sufficiency of which is hereby acknowledged, Mortgage Electronic Registration Systems Inc., as nominee for First Horizon Home Loan Corporation, whose address is 4000 Horizon Way, Irving, Texas 75063, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-FA6 30 YR, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement, whose address is 4000 Horizon Way, Irving, Texas, 75063, the following described mortgage, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such mortgage.

Original Borrower (s): Lorri A. O'Brien
Original Mortgagee:   Mortgage Electronic Registration Systems Inc., as nominee for First Horizon
                      Home Loan Corporation
Date of Mortgage:     July 19, 2006
Loan Amount:          $1,000.000.00
Recording Date:       July 21, 2006, Book, 14904, Page 0221

BEING KNOW AS : 67 Ocean Avenue Extension, York, Maine

and recorded in the official records of the County of York, State of Maine affecting Real Property and more particularly described on said Mortgage referred to herein.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of
_December 28_, 2009

Mortgage Electronic Registration Systems Inc.,
as nominee for First Horizon Home Loan
Corporation

BY: _Wanda Collier_
ITS: **Assistant Secretary**

STATE OF TEXAS
COUNTY OF DALLAS

On  / 2-28- , 2009 before me, Jerry W Lollar a Notary Public in and for said county, personally appeared Wanda Collins known to me to be the Assistant Secretary of Mortgage Electronic Registration System, Inc. the Corporation that executed the within instrument and also know to me (proved to me on the basis of satisfactory evidence) to be the person executed the instrument on behalf of the Corporation herein named.

WITNESS my hand and seal.


JERRY WADE LOLLAR
Notary Public, State of Texas
My Commission Expires
November 12, 2013

Signature _____
NOTARY PUBLIC
(Print Name):
My Commission Expires:

END OF DOCUMENT