

*Exhibit D*

Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019



BK 17046  PGS 439 - 439      06/30/2015 11:01.15 AM
INSTR # 2015024693           DEBRA ANDERSON
RECEIVED YORK SS             REGISTER OF DEEDS

## CORPORATE ASSIGNMENT OF MORTGAGE

York, Maine



Date of Assignment: June 25th, 2015
Assignor: FIRST TENNESSEE BANK NATIONAL ASSOCIATION, SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX  75019
Assignee: THE BANK OF NEW YORK, MELLON, AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6 at 500 GRANT STREET - 1000, PITTSBURGH, PA  15258

Executed By: LORRI A. O'BRIEN  To: FIRST HORIZON HOME LOAN CORPORATION
Date of Mortgage: 07/19/2006 Recorded: 07/21/2006 in Book/Reel/Liber: 14904 Page/Folio: 0221 as Instrument No.: 2006039298 In the County of York, State of Maine.

Property Address: 67 OCEAN AVENUE EXTENSION, YORK, ME 03909

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $1,000,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

FIRST TENNESSEE BANK NATIONAL ASSOCIATION, SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On June 25th, 2015

By: _____
WILLIAM VIANA, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On June 25th, 2015, before me, ERIC TODD RITTMUELLER, a Notary Public in and for Dallas in the State of Texas, personally appeared WILLIAM VIANA, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
ERIC TODD RITTMUELLER
Notary Expires: 10/09/2017



(This area for notarial seal)