# 67 OCEAN AVE EXT

Exhibit E

| | |
|---|---|
| **Location** | 67 OCEAN AVE EXT |
| **Mblu** | 0025/ 0133/ / / |
| **Acct#** | 006060 |
| **Owner** | LAO PROPERTIES LLC |
| **Assessment** | $869,100 |
| **Appraisal** | $869,100 |
| **PID** | 5911 |
| **Building Count** | 1 |

## Current Value

| Appraisal | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2015 | $162,500 | $706,600 | $869,100 |

| Assessment | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2015 | $162,500 | $706,600 | $869,100 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | LAO PROPERTIES LLC | **Sale Price** | $0 |
| **Co-Owner** | | **Certificate** | |
| **Address** | 49 FREEMAN STREET UNIT 4 | **Book & Page** | 16191/ 564 |
| | YORK, ME 03909 | **Sale Date** | 10/28/2011 |
| | | **Instrument** | 1B |

## Ownership History

| Ownership History | | | | | |
|---|---|---|---|---|---|
| Owner | Sale Price | Certificate | Book & Page | Instrument | Sale Date |
| LAO PROPERTIES LLC | $0 | | 16191/ 564 | 1B | 10/28/2011 |
| OBRIEN LORRI A TRUSTEE | $0 | | 14907/ 395 | 8 | 07/19/2006 |
| OBRIEN LORRI A | $0 | | 14904/ 219 | 8 | 07/19/2006 |
| OBRIEN LORRI A TRUSTEE | $0 | | 14617/ 457 | 8 | 08/31/2005 |
| PETRONE LORRI A | $231,000 | | 9160/ 267 | | 11/01/1998 |

## Building Information

**Building 1 : Section 1**

| | |
|---|---|
| Year Built: | 1900 |
| Living Area: | 2090 |
| Replacement Cost: | $205,094 |
| Building Percent Good: | 74 |
| Replacement Cost Less Depreciation: | $151,800 |

### Building Photo



(http://images.vgsi.com/photos/YorkMEPhotos//\00\00\45/72.jpg)

### Building Layout



| Building Attributes ||
|---|---|
| Field | Description |
| Style | Conventional |
| Model | Residential |
| Grade: | C+ |
| Stories: | 1 3/4 Stories |
| Occupancy | 1 |
| Exterior Wall 1 | Clapboard |
| Exterior Wall 2 | |
| Roof Structure: | Gable/Hip |
| Roof Cover | Asph/F Gls/Cmp |
| Interior Wall 1 | Plastered |
| Interior Wall 2 | |
| Interior Flr 1 | Hardwood |
| Interior Flr 2 | |
| Heat Fuel | Oil |
| Heat Type: | Hot Water |
| AC Type: | None |
| Total Bedrooms: | 3 Bedrooms |
| Total Bthrms: | 2 |
| Total Half Baths: | 0 |
| Total Xtra Fixtrs: | |
| Total Rooms: | 6 Rooms |
| Bath Style: | Average |
| Kitchen Style: | Average |
| Driveway | |

| Building Sub-Areas | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 760 | 760 |
| FBM | Basement, Finished | 760 | 760 |
| TQS | Three Quarter Story | 760 | 570 |
| FOP | Porch, Open | 384 | 0 |
| | | 2664 | 2090 |

## Extra Features

| Extra Features | | | | Legend |
|---|---|---|---|---|
| Code | Description | Size | Value | Bldg # |
| FPL3 | 2 STORY CHIM | 1 UNITS | $3,100 | 1 |

## Land

### Land Use

| | |
|---|---|
| Use Code | 1012 |
| Description | OCN FT MDL-01 |
| Zone | |
| Neighborhood | 112 |
| Alt Land Appr | No |
| Category | |

### Land Line Valuation

| | |
|---|---|
| Size (Acres) | 0.29 |
| Frontage | |
| Depth | |
| Assessed Value | $706,600 |
| Appraised Value | $706,600 |

## Outbuildings

| | | Outbuildings | | | | Legend |
|---|---|---|---|---|---|---|
| Code | Description | Sub Code | Sub Description | Size | Value | Bldg # |
| BRN3 | 1 STORY W/LOFT | | | 420 S.F. | $7,600 | 1 |

## Valuation History

| Appraisal | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2015 | $162,500 | $706,600 | $869,100 |
| 2014 | $162,500 | $706,600 | $869,100 |
| 2013 | $162,500 | $706,600 | $869,100 |

| Assessment | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2015 | $162,500 | $706,600 | $869,100 |
| 2014 | $162,500 | $706,600 | $869,100 |
| 2013 | $162,500 | $706,600 | $869,100 |

(c) 2014 Vision Government Solutions, Inc. All rights reserved.