## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the within Notice, Motion for Relief From Stay and Proposed Order has this date been mailed to:

1. Lorri A. O'Brien, P.O. Box 142, York Beach, Maine 03910 (debtor).

I, hereby certify that a copy of the within Notice, Motion for Relief From Stay and Proposed Order has this date been mailed by electronic-mailing to:

1. Andrew J. Kull, Esq. (counsel for debtors);
2. Jeffrey T. Piampiano, Esq. (Trustee);
3. Office of U.S. Trustee (U.S. Trustee).

Dated: December 22, 2015    By: /s/ Jonathan M. Flagg
                            Jonathan M. Flagg          MAINE BAR #3766

6