# NOTICE OF HEARING

In re: Lorri A. O'Brien )
)  Case No. 15-20161
Debtor )  Chapter 7

## PLEASE TAKE NOTICE THAT a HEARING is scheduled for

**DATE:** January 14, 2016

**TIME:** 10:00am

**LOCATION:** U.S. Bankruptcy Court, 202 Harlow Street, Bangor, Maine 04401

to consider and act upon the following:

The Bank of New York, Mellon, as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 by Nationstar Mortgage LLC, its servicing agent's Motion for Relief From Stay.

## LAST DAY FOR OBJECTIONS: January 5, 2016

If you fail to respond in accord with this notice, relief may be granted without further notice or hearing.

Executed on: December 22, 2015      /s/ Jonathan M. Flagg
                                    Jonathan M. Flagg, Esq.