# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re: Lorri A. O'Brien )
            )  Case No.: 15-20161
            )  Chapter 7
            )
            )
            )

## WORKSHEET IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I, Jonathan M. Flagg, Esq., attorney for the Secured Creditor, The Bank of New York, Mellon, as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6, do hereby (declare, certify, verify, or state):

### BACKGROUND INFORMATION

1. The address or general description of the real property that is the subject of this motion 67 Ocean Avenue Extension, York, Maine.

2. Name and address of original mortgagee: Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501.

3. Dates of the note and mortgage (MM/DD/YYYY): 07/19/2006

4. If Movant is different from the original mortgagee, the status of Movant (e.g., holder, assignee, or servicing agent): Assignee.

5. Current address of Movant and payment address if different: P.O. Box 619094, Dallas, TX 75261-9741.

6. Brief statement of Movant's standing (e.g., mortgagee, assignee, servicing agent) and the availability of supporting documentation or other supporting information: Assignee – all documentation attached as Exhibits to the Motion for Relief from Stay filed herewith.

### DEBT/VALUE REPRESENTATIONS

7. Total pre-petition and post-petition indebtedness of debtor(s) to Movant at the time of filing the motion: $1,054,903.72. (Note: this amount may not be relied upon as a "payoff" quotation.)

8. Movant's estimated market value of the real property: $869,100.00

9. Source of estimated valuation: Tax Assessment.

## STATUS OF DEBT AS OF
## THE PETITION DATE

10. Total pre-petition indebtedness of debtor(s) to Movant as of petition filing date: $1,054,903.72

    A. Amount of Principal: $915,000.00

    B. Amount of Interest: $126,127.08

    C. Amount of escrow (taxes and insurance): $13,974.58

    D. Amount of forced placed insurance expended by Movant: $_____

    E. Amount of attorneys' fees incurred pre-petition that have been or will be charged to the debtor (s): $_____

    F. Amount of pre-petition late fees, if any, billed to debtor(s): $_____

11. Contractual Interest Rate: 4.25%. (If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect. A separate exhibit may be attached to this form. If so, it is marked Exhibit _____.)

12. Please explain any additional pre-petition fees, charges, or amounts charged to debtor's/debtors' account and not listed above: Corporate Advances - $661.00. (A separate exhibit may be attached to this form. If so, it is marked Exhibit _____.)

## AMOUNT OF POST-PETITION DEFAULT
## (AS OF 10/29/2015)

13. Date last payment was received: 08/01/2012.

14. Alleged number of contractual payments due post-petition from filing of petition through payment due on 08/01/2012 – 9 payments.

15. Please list all post-petition payments alleged to be in default:

| ALLEGED AMOUNT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 04/01/2015 – 12/01/2015 | $40,511.25 | | | | | |
| | | | | | | |
| TOTALS: | $40,511.25 | $ | $ | $ | $ | $ |

16. Amount of Movant's attorneys fees charged or to be charged to the debtor(s) for the preparation, filing, and prosecution of this motion: $450.00

17. Amount of Movant's filing fee for this motion: $176.00

18. Other attorneys' fees charged or to be charged to the debtor(s) post-petition: $_____

19. Amount of Movant's post-petition inspection fees: $_____.

20. Amount of Movant's post-petition appraisal/broker's price opinion: $_____. 

21. Amount of forced placed insurance or insurance provided by the Movant post-petition: $_____.

22. Sum held in suspense by Movant in connection with this contract, if applicable: $858.94.

23. Amount of other post-petition charges or advances by Movant to be paid by the debtor(s), for example: taxes, insurance incurred by debtor(s), etc.: $_____.

## REQUIRED ATTACHMENTS

The following documents are attached to this worksheet in support of the motion and marked as exhibits:

(1) Copies of documents showing Movant's interest in the subject property (e.g., a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignment in the chain from the original mortgagee to the Movant. (Exhibits A-E).

(2) Copies of documents showing proof of standing to bring this motion for relief if different than the above. (Exhibits _____.)

## CERTIFICATION FOR BUSINESS RECORDS

The information provided in this worksheet and/or any exhibits attached to this worksheet (other than the transactional documents attached as required by paragraphs 1 and 2 immediately above) is derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, were kept in the course of the regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

Further, the copies of any transactional documents attached to this worksheet as required by paragraphs 1 and 2 immediately above, are true and accurate copies of the original documents.

# DECLARATION

I Jonathan M. Flagg, Esq. of 93 Middle Street, Portsmouth, New Hampshire, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the movant's books and business records.

Executed at Portsmouth, NH, on this 22nd day of December, 2015.

/s/ Jonathan M. Flagg
Signature
Jonathan M. Flagg
Print Name
Attorney for Movant
Title
The Bank of New York, Mellon, as Trustee
Movant
Address c/o Flagg Law, PLLC
93 Middle Street, Portsmouth, NH 03801