# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | Lorri A. O'Brien | ) |
| | | ) Case No. 15-20161 |
| | Debtor | ) Chapter 7 |

## ORDER

Upon the Motion For Relief From Stay filed by The Bank of New York, Mellon, as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 by Nationstar Mortgage LLC, its servicing agent, notice having been duly given to parties in interest, and no objections to said motion remaining, it is hereby ORDERED, ADJUDGED AND DECREED: that relief from automatic stay imposed by 11 U.S.C. § 362 be, and hereby is, granted to allow The Bank of New York, Mellon, as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 by Nationstar Mortgage LLC, its servicing agent to enforce its rights and remedies under state law and in the real estate owned by the Debtor located at 67 Ocean Avenue Extension, York, Maine 03909 and more particularly described in the Mortgage from the Debtor dated July 19, 2006 and recorded in the York County Registry of Deeds in Book 14904, Page 221. This Order for Relief shall become effective thirty (30) days from the date this Order is entered. This Order is effective and relief is granted to The Bank of New York, Mellon, as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 by Nationstar Mortgage LLC, its servicing agent in any subsequent bankruptcy filing that may be filed by the Debtor within one (1) year from the date this Order is entered. Rule 4001(a)(3) is not applicable and this order may be immediately enforced and implemented.

Dated at Bangor, Maine this ____ day of _____, 2016.

_____
The Honorable
U.S. Bankruptcy Court Judge