**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Lorri A. O'Brien | ) | Case No. 15-20161 |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S NOTICE OF INTENDED SALE**

**PLEASE TAKE NOTICE THAT**, pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 2002, 6004, and 9013, and D. Me. LBR 2002-1(a)(1), 6004-1, and 9013-1(a), Jeffrey T. Piampiano, the duly-appointed, qualified, and acting Chapter 7 Trustee in the above-captioned Chapter 7 case (the "**Trustee**"), intends to sell by private sale to Harold Anderson (the "**Purchaser**"), for the purchase price of Five Thousand Dollars ($5,000.00) (the "**Purchase Price**"), the bankruptcy estate's (the "**Estate**") interest in the following personal property (collectively, the "**Property**"):

All of the Debtor's membership interest in LAO Properties, LLC. The Property is presently *subject to* a Stock Pledge Agreement in favor of Mr. Anderson (the Purchaser), and the Property has a value, per the Debtor's schedules, of $0.00. Also, for the information of the Court and other interested parties, LAO Properties, LLC owns certain real property located in York, Maine. That property, however, on information and belief, is itself fully encumbered (and, indeed, is over-encumbered), such that the Debtor's ascription of $0.00 value to the Debtor's membership interest in LAO Properties, LLC is appropriate. As such, the proposed sale of the Property allows the Trustee to realize some value from property that he would otherwise abandon, with minimal administrative cost to the estate.

The Trustee proposes to sell the Estate's interest in the Property to the Purchaser, AS IS, WHERE IS, WITH ALL DEFECTS, *without warranty or representation of any kind*, for the Purchase Price, payable to Jeffrey T. Piampiano, Chapter 7 Trustee. The Purchaser has paid the Purchase Price to the Trustee as of the date of this Notice.

The terms of sale are such that the Trustee will execute and deliver a bill of sale with respect to the Property to Purchaser, subject to the resolution of timely objections to this Notice, if any. The sale of the Estate's interest in the Property to Purchaser shall be subject to any and all liens, claims, encumbrances, and other interests. The Trustee is unaware of any such liens, claims, encumbrances, and other interests other than those lien rights created by the Stock Pledge Agreement in favor of the Purchaser noted above. Any such liens, claims, encumbrances, and other interests, however, will not attach to the proceeds of sale, nor will the proceeds be used to satisfy, in whole or in part, any underlying obligations secured by any such liens, claims, encumbrances, and other interests.

Any objections to the Trustee's proposed sale must be made in writing on or before Monday, May 1, 2017 (the "**Objection Deadline**"), and be filed with the Bankruptcy

Court at United States Bankruptcy Court, Margaret Chase Smith Federal Building, 202 Harlow Street, 3rd Floor, Bangor, Maine 04401, with a copy to the Trustee at: Jeffrey T. Piampiano, Chapter 7 Trustee, P.O. Box 10378, Portland, Maine 04104, to be received by the Trustee on or before the Objection Deadline.

In the event that a timely written objection to the Trustee's sale is received, a hearing will be held on Thursday, May 11, 2017 at 2:00 p.m., at the United States Bankruptcy Court, Margaret Chase Smith Federal Building, 202 Harlow Street, 3rd Floor, Bangor, Maine 04401 (the "**Sale Hearing**"). The Sale Hearing may be postponed or rescheduled from time to time, without further notice, except as may be provided at the Sale Hearing. As set forth more fully in the Maine Bankruptcy Court's Administrative Procedures for Telephonic Participation in Hearings (the "**Procedures**") (*see* www.meb.uscourts.gov), counsel and other interested parties seeking to be heard on this Notice have the option (unless the Sale Hearing involves a *pro se* debtor or the introduction of evidence, in which event all parties must appear in-Court at the Sale Hearing) of participating in the Sale Hearing by contacting CourtCall ((866) 582-6878) at least twenty-four hours in advance of the Sale Hearing and arranging for such a telephonic appearance. Any persons or entities desiring to appear telephonically at the Sale Hearing must comply with all the requirements set forth in the Procedures and bear their own costs and expenses.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**Absent a timely written objection, the proposed sale may be consummated without further notice or hearing.**

Dated at Portland, Maine, this 6th day of April, 2017.

*/s/ Jeffrey T. Piampiano*
Jeffrey T. Piampiano
Chapter 7 Trustee

P. O. Box 10378
Portland, ME  04104
Phone:  207-772-1941
E-mail:  trustee@dwmlaw.com