**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:15-BK-20161-PGC |
| | § | |
| Lorri A Obrien | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/19/2015. The undersigned trustee was appointed on 03/19/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                             $7,250.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.60 |
   | Bank service fees | $164.95 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,084.45 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/01/2015 and the deadline for filing government claims was 09/15/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,475.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,475.00, for a total compensation of $1,475.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.41, for total expenses of $4.41.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/25/2017         By: /s/ Jeffrey T. Piampiano
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
| --- | --- | --- | --- |
| Case Name: | Obrien, Lorri A | Date Filed (f) or Converted (c): | 03/19/2015 (f) |
| For the Period Ending: | 5/25/2017 | §341(a) Meeting Date: | 05/01/2015 |
| | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Debtor's Homestead, Single Family Home At 7 Shore | $185,000.00 | $0.00 | | $0.00 | FA |
| 2 | Single Family Home At 7 Harrison Ave, York Beach, | $224,000.00 | $0.00 | | $0.00 | FA |
| 3 | Kennebuk Savings Checking 104 Main St., Kennebunk | $1.68 | $1.68 | | $0.00 | FA |
| 4 | Bluebird Account 4515 S 2700 W. Salt Lake City Uta | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Bluebird Account 4515 S 2700 W. Salt Lake City Uta | $5.00 | $5.00 | | $0.00 | FA |
| 6 | Bluebird Account 4515 S 2700 W. Salt Lake City Uta | $6.97 | $6.97 | | $0.00 | FA |
| 7 | Business Checking Account: Bank Of Maine | $0.01 | $0.01 | | $0.00 | FA |
| 8 | Misc. Household Furniture And Goods At 7 Shore Rd. | $3,450.00 | $3,450.00 | | $0.00 | FA |
| 9 | Cd's, Various Books, Family Photos | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Women's Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 11 | Wedding And Engagement Ring | $10,000.00 | $0.00 | | $0.00 | FA |
| 12 | Misc. Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 13 | 401K Profit Shareng Plan & Trust: Globalsign Inc | $1,783.95 | $0.00 | | $0.00 | FA |
| 14 | 84.06% Membership Interest In Lao Properties, Llc. | $0.00 | $0.00 | | $2,500.00 | FA |

Asset Notes:   Case will be fully administered after asset sale is complete

| 15 | Membership Interest In Occasions By The Sea, Llc; | $0.00 | $0.00 | | $0.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |
| 16 | Membership Interest In Ak Holdings Llc (Administra | $0.00 | $0.00 | | $2,500.00 | FA |
| 17 | Membership Interest In Akr Management, Llc (Admini | $0.00 | $0.00 | | $0.00 | FA |

Asset Notes:   Case will be fully administered after asset sale is complete

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | Obrien, Lorri A | Date Filed (f) or Converted (c): | 03/19/2015 (f) |
| For the Period Ending: | 5/25/2017 | §341(a) Meeting Date: | 05/01/2015 |
| | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18  2002 Lexus Es300 179,000 Mi | $4,570.00 | $0.00 | | $0.00 | FA |
| 19  Preference/Fraudulent Transfer Litigation (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |
| 20  Pre-petition wages withheld per garnishment order (u) | $0.00 | $750.00 | | $750.00 | FA |

**TOTALS (Excluding unknown value)**

| | $429,417.61 | $5,713.66 | | $7,250.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 04/20/2017 | Sale notice filed as to interest in LLC; once approved, will file TFR immediately. |
| 04/13/2017 | Notice of Intended Sale filed; objection deadline is 5/4/17. Hearing tbd by Judge Hoffman |
| 10/24/2016 | Received $5,000 check today from Harold Anderson for purchase of membership interest; will convey via notice of sale. |
| 10/24/2016 | Also need to follow up on possibility of preference claim |

Initial Projected Date Of Final Report (TFR):   01/06/2017          Current Projected Date Of Final Report (TFR):

/s/ JEFFREY T. PIAMPIANO

JEFFREY T. PIAMPIANO

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
|---|---|---|---|
| Case Name: | Obrien, Lorri A | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***2068 | Checking Acct #: | ******0898 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/19/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2016 | | Associated Bank | Transfer Funds | 9999-000 | $2,180.00 | | $2,180.00 |
| 04/06/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $2.38 | $2,177.62 |
| 05/05/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $3.40 | $2,174.22 |
| 06/06/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $3.51 | $2,170.71 |
| 07/07/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $3.39 | $2,167.32 |
| 08/05/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $3.50 | $2,163.82 |
| 08/16/2016 | 5001 | International Sureties, Ltd. | Term: 8/01/16-8/01/17; Bond #016027599 - Liberty Mutual Insurance Company | 2300-000 | | $0.60 | $2,163.22 |
| 08/16/2016 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.61 | $2,162.61 |
| 08/16/2016 | 5003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.61 | $2,162.00 |
| 08/16/2016 | 5004 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.60 | $2,161.40 |
| 08/17/2016 | 5001 | VOID: International Sureties, Ltd. | system error, had to reprocess | 2300-003 | | ($0.60) | $2,162.00 |
| 08/17/2016 | 5002 | VOID: International Sureties, Ltd. | system error, had to reprocess | 2300-003 | | ($0.61) | $2,162.61 |
| 08/17/2016 | 5003 | VOID: International Sureties, Ltd. | system error, had to reprocess | 2300-003 | | ($0.61) | $2,163.22 |
| 08/17/2016 | 5004 | VOID: International Sureties, Ltd. | system error, had to reprocess | 2300-003 | | ($0.60) | $2,163.82 |
| 08/17/2016 | 5005 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.60 | $2,163.22 |
| 08/17/2016 | 5005 | VOID: International Sureties, Ltd. | system error, had to reprocess | 2300-003 | | ($0.60) | $2,163.82 |
| 08/17/2016 | 5006 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.60 | $2,163.22 |
| 08/17/2016 | 5006 | VOID: International Sureties, Ltd. | system error, had to reprocess | 2300-003 | | ($0.60) | $2,163.82 |
| 08/17/2016 | 5007 | International Sureties, Ltd. | Bond #016027599; Term 08/01/16-08/01/17; Trustee Jeff Piampiano | 2300-000 | | $0.60 | $2,163.22 |
| 09/06/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $3.49 | $2,159.73 |
| 10/05/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $3.37 | $2,156.36 |
| 10/26/2016 | | Cashier's Check from Lorri O'Brien | Purchase of debtor's interest in LAO Properties, LLC and AKR Managment, LLC | * | $5,000.00 | | $7,156.36 |
| | {14} | | | $2,500.00 | 1129-000 | | $7,156.36 |
| | {16} | | | $2,500.00 | 1129-000 | | $7,156.36 |
| 11/03/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $4.78 | $7,151.58 |

| | | | | SUBTOTALS | $7,180.00 | $28.42 | |

Page No: 2     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
|---|---|---|---|
| Case Name: | Obrien, Lorri A | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***2068 | Checking Acct #: | ******0898 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 3/19/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/25/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2016 |  | Signature Bank | Account Analysis Fee | 2600-000 |  | $11.17 | $7,140.41 |
| 01/05/2017 |  | Signature Bank | Account Analysis Fee | 2600-000 |  | $11.52 | $7,128.89 |
| 02/03/2017 |  | Signature Bank | Account Analysis Fee | 2600-000 |  | $11.51 | $7,117.38 |
| 03/03/2017 |  | Signature Bank | Account Analysis Fee | 2600-000 |  | $10.38 | $7,107.00 |
| 04/05/2017 |  | Signature Bank | Account Analysis Fee | 2600-000 |  | $11.47 | $7,095.53 |
| 05/03/2017 |  | Signature Bank | Account Analysis Fee | 2600-000 |  | $11.08 | $7,084.45 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **TOTALS:** |  | $7,180.00 | $95.55 | $7,084.45 |
|  | Less: Bank transfers/CDs |  | $2,180.00 | $0.00 |  |
|  | **Subtotal** |  | $5,000.00 | $95.55 |  |
|  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  | **Net** |  | $5,000.00 | $95.55 |  |

| For the period of 3/19/2015 to 5/25/2017 |  | For the entire history of the account between 03/11/2016 to 5/25/2017 |  |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $2,180.00 | Total Internal/Transfer Receipts: | $2,180.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $95.55 | Total Compensable Disbursements: | $95.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $95.55 | Total Comp/Non Comp Disbursements: | $95.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
|---|---|---|---|
| Case Name: | Obrien, Lorri A | Bank Name: | Associated Bank |
| Primary Taxpayer ID #: | **-***2068 | Checking Acct #: | ******3844 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/19/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/14/2015 | | Transfer from Acct # xxxxxx8553 | Transfer of Funds | 9999-000 | $1,500.00 | | $1,500.00 |
| 07/21/2015 | (20) | GMO Globalsign Inc. | Pre-petition wages withheld per garnishment order but not re | 1221-000 | $750.00 | | $2,250.00 |
| 09/08/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,240.00 |
| 10/07/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,230.00 |
| 11/06/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,220.00 |
| 12/07/2015 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,210.00 |
| 01/08/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,200.00 |
| 02/05/2016 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,190.00 |
| 03/07/2016 | | Associated Bank | Bank Fee | 2600-000 | | $10.00 | $2,180.00 |
| 03/11/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $2,180.00 | $0.00 |

| | | | | **SUBTOTALS** | $2,250.00 | $2,250.00 | |

FORM 2

Page No: 4      Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
|---|---|---|---|
| Case Name: | Obrien, Lorri A | Bank Name: | Associated Bank |
| Primary Taxpayer ID #: | **-***2068 | Checking Acct #: | ******3844 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/19/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $2,250.00 | $2,250.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $1,500.00 | $2,180.00 | |
| | | | Subtotal | $750.00 | $70.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $750.00 | $70.00 | |

| For the period of 3/19/2015 to 5/25/2017 | | For the entire history of the account between 01/01/1900 to 5/25/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $750.00 | Total Compensable Receipts: | $750.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750.00 | Total Comp/Non Comp Receipts: | $750.00 |
| Total Internal/Transfer Receipts: | $1,500.00 | Total Internal/Transfer Receipts: | $1,500.00 |
| | | | |
| Total Compensable Disbursements: | $70.00 | Total Compensable Disbursements: | $70.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.00 | Total Comp/Non Comp Disbursements: | $70.00 |
| Total Internal/Transfer Disbursements: | $2,180.00 | Total Internal/Transfer Disbursements: | $2,180.00 |

Page No: 5 Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20161-PGC | | Trustee Name: | Jeffrey T. Piampiano |
|---|---|---|---|---|
| Case Name: | Obrien, Lorri A | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***2068 | | Checking Acct #: | ******8553 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/19/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/25/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2015 | (19) | First American Title Insurance Comp | preference/Fraudulent transfer litigation | 1241-000 | $1,500.00 | | $1,500.00 |
| 07/14/2015 | | Transfer to Acct # xxxxxx3844 | Transfer of Funds | 9999-000 | | $1,500.00 | $0.00 |
| | | | **TOTALS:** | | $1,500.00 | $1,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,500.00 | |
| | | | Subtotal | | $1,500.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,500.00 | $0.00 | |

| For the period of 3/19/2015 to 5/25/2017 | | For the entire history of the account between 01/01/1900 to 5/25/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,500.00 | Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 | Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,500.00 | Total Internal/Transfer Disbursements: | $1,500.00 |

**FORM 2** Page No: 6 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-20161-PGC | | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | Obrien, Lorri A | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***2068 | | Checking Acct #: | ******8553 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/19/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/25/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,250.00 | $165.55 | $7,084.45 |

**For the period of 3/19/2015 to 5/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $7,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,250.00 |
| Total Internal/Transfer Receipts: | $3,680.00 |
| | |
| Total Compensable Disbursements: | $165.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $165.55 |
| Total Internal/Transfer Disbursements: | $3,680.00 |

**For the entire history of the case between 03/19/2015 to 5/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $7,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,250.00 |
| Total Internal/Transfer Receipts: | $3,680.00 |
| | |
| Total Compensable Disbursements: | $165.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $165.55 |
| Total Internal/Transfer Disbursements: | $3,680.00 |

/s/ JEFFREY T. PIAMPIANO

JEFFREY T. PIAMPIANO

CLAIM ANALYSIS REPORT                    Page No: 1    Exhibit C

| Case No.: | 15-20161-PGC | | | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | Obrien, Lorri A | | | Date: | 5/25/2017 |
| Claims Bar Date: | 09/01/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JEFFREY T. PIAMPIANO | | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,475.00 | $1,475.00 | $0.00 | $0.00 | $0.00 | $1,475.00 |

**Claim Notes:**

| | JEFFREY T. PIAMPIANO<br>PO Box 10378<br>Portland ME 04104 | 05/25/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $4.41 | $4.41 | $0.00 | $0.00 | $0.00 | $4.41 |
| 1 | MIDLAND CREDIT MANAGEMENT, INC.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren MI 48090 | 06/10/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,970.24 | $1,970.24 | $0.00 | $0.00 | $0.00 | $1,970.24 |

**Claim Notes:**    (1-1) 3920

| 2 | CENTRAL MAINE POWER CO<br>Bankruptcy Dept<br>83 Edison Dr<br>Augusta ME 04330 | 06/10/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,792.12 | $1,792.12 | $0.00 | $0.00 | $0.00 | $1,792.12 |

**Claim Notes:**    (2-1) Unpaid Electric Service

| 3 | IRS<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | 06/12/2015 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $23,313.25 | $23,313.25 | $0.00 | $0.00 | $0.00 | $23,313.25 |
| 3a | IRS<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | 06/12/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,081.06 | $3,081.06 | $0.00 | $0.00 | $0.00 | $3,081.06 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 06/18/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $901.47 | $901.47 | $0.00 | $0.00 | $0.00 | $901.47 |

## CLAIM ANALYSIS REPORT

| Case No.: | 15-20161-PGC | | | | | | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | Obrien, Lorri A | | | | | | Date: | 5/25/2017 |
| Claims Bar Date: | 09/01/2015 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | HEARTLAND PAYMENT SYSTEMS, INC.<br>1 Heartland Way<br>Jeffersonville IN 47130 | 06/19/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,372.00 | $8,372.00 | $0.00 | $0.00 | $0.00 | $8,372.00 |
| 6 | STATE OF MAINE<br><br>Bureau of Revenue Services<br>Compliance Division<br>P.O. Box 9101<br>Augusta ME 04332 | 06/22/2015 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $38,260.97 | $38,260.97 | $0.00 | $0.00 | $0.00 | $38,260.97 |

**Claim Notes:**  (6-1) See attached breakdown

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6a | STATE OF MAINE<br><br>Bureau of Revenue Services<br>Compliance Division<br>P.O. Box 9101<br>Augusta ME 04332 | 06/22/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,350.71 | $15,350.71 | $0.00 | $0.00 | $0.00 | $15,350.71 |

**Claim Notes:**  (6-1) See attached breakdown

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FIRST AMERICAN TITLE INSURANCE CO.<br>c/o Kelly Hoffman, Esq.<br>Norman, Hanson & DeTroy, LLC<br>P.O. Box 4600<br>Portland ME 04112-4600 | 07/02/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $142,343.86 | $142,343.86 | $0.00 | $0.00 | $0.00 | $142,343.86 |
| 8 | MAINE DEPARTMENT OF LABOR<br>Bureau of Unemployment Compensation<br>47D State House Station<br>Augusta ME 04333-0047 | 08/26/2015 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $3,958.46 | $3,958.46 | $0.00 | $0.00 | $0.00 | $3,958.46 |

# CLAIM ANALYSIS REPORT

| Case No.: | 15-20161-PGC | | | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | Obrien, Lorri A | | | Date: | 5/25/2017 |
| Claims Bar Date: | 09/01/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8a | MAINE DEPARTMENT OF LABOR<br><br>Bureau of Unemployment Compensation<br>47D State House Station<br>Augusta ME 04333-0047 | 08/26/2015 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $3,958.46 | $3,958.46 | $0.00 | $0.00 | $0.00 | $3,958.46 |
| 9 | YORK SEWER DISTRICT<br><br>c/o Lauren B. Weliver, Esq.<br>Perkins Thompson, P.A.<br>PO Box 426<br>Portland ME 04112-0426 | 08/31/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $183.74 | $183.74 | $0.00 | $0.00 | $0.00 | $183.74 |

**Claim Notes:** (9-1) Sewer Bill

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | HAROLD ANDERSON<br><br>c/o Richard Olson, Esq.<br>Perkins Olson<br>32 Pleasant St.<br>Portland ME 04101 | 09/01/2015 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $440,000.00 | $440,000.00 | $0.00 | $0.00 | $0.00 | $440,000.00 |

**Claim Notes:** (10-2) adding Exhibit A

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CAVALRY SPV I, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 09/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,812.26 | $10,812.26 | $0.00 | $0.00 | $0.00 | $10,812.26 |

**Claim Notes:** (11-1) Cavalry SPV I, LLC as assignee of CAPITAL ONE BANK (USA), N.A.

| | | | | | | $695,778.01 | $695,778.01 | $0.00 | $0.00 | $0.00 | $695,778.01 |

**CLAIM ANALYSIS REPORT**

| Case No. | 15-20161-PGC | Trustee Name: | Jeffrey T. Piampiano |
|---|---|---|---|
| Case Name: | Obrien, Lorri A | Date: | 5/25/2017 |
| Claims Bar Date: | 09/01/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507( | $65,532.68 | $65,532.68 | $0.00 | $0.00 | $0.00 | $65,532.68 |
| General Unsecured 726(a)(2) | $173,995.20 | $173,995.20 | $0.00 | $0.00 | $0.00 | $173,995.20 |
| Real Estate - Consensual Liens | $443,958.46 | $443,958.46 | $0.00 | $0.00 | $0.00 | $443,958.46 |
| Tardy General Unsecured 726(a)(3) | $10,812.26 | $10,812.26 | $0.00 | $0.00 | $0.00 | $10,812.26 |
| Trustee Compensation | $1,475.00 | $1,475.00 | $0.00 | $0.00 | $0.00 | $1,475.00 |
| Trustee Expenses | $4.41 | $4.41 | $0.00 | $0.00 | $0.00 | $4.41 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       1:15-BK-20161-PGC
Case Name:      Lorri A Obrien
Trustee Name:   Jeffrey T. Piampiano

Balance on hand: $7,084.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 8 | Maine Department of Labor | $3,958.46 | $3,958.46 | $0.00 | $0.00 |
| 10 | Harold Anderson | $440,000.00 | $440,000.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,084.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Jeffrey T. Piampiano, Trustee Fees | $1,475.00 | $0.00 | $1,475.00 |
| Jeffrey T. Piampiano, Trustee Expenses | $4.41 | $0.00 | $4.41 |

Total to be paid for chapter 7 administrative expenses: $1,479.41
Remaining balance: $5,605.04

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,605.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $65,532.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | IRS | $23,313.25 | $0.00 | $1,993.99 |
| 6 | State of Maine | $38,260.97 | $0.00 | $3,272.48 |
| 8a | Maine Department of Labor | $3,958.46 | $0.00 | $338.57 |

|  | Total to be paid to priority claims: | $5,605.04 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $173,995.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | $1,970.24 | $0.00 | $0.00 |
| 2 | Central Maine Power Co | $1,792.12 | $0.00 | $0.00 |
| 3a | IRS | $3,081.06 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $901.47 | $0.00 | $0.00 |
| 5 | Heartland Payment Systems, Inc. | $8,372.00 | $0.00 | $0.00 |
| 6a | State of Maine | $15,350.71 | $0.00 | $0.00 |
| 7 | First American Title Insurance Co. | $142,343.86 | $0.00 | $0.00 |
| 9 | York Sewer District | $183.74 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $10,812.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011)

|  |  | of Claim | Payments to Date | Amount |
|---|---|---|---|---|
| 11 | Cavalry SPV I, LLC | $10,812.26 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**